01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

  Shamsa Yusef Zayid ) Chapter 7
             ) Bankruptcy Case No.
             )
  Debtor(s)        )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

  I(We), **Shamsa Yusef Zayid** and , the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

  ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Shamsa Yusef Zayid**
Printed or Typed Name of Debtor or Representative    Printed or Typed Name of Joint Debtor

*/s/ Shamsa Yusef Zayid*
Signature of Debtor or Representative    Signature of Joint Debtor

**March 13, 2013**
Date    Date