B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–10271**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Shamsa Yusef Zayid
   fka Shamsa Kaleel
   9004 Newcastle Court
   Tinley Park, IL 60487

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7983

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                     FOR THE COURT

Dated: <u>July 3, 2013</u>                                  <u>Kenneth S. Gardner, Clerk</u>
                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-10271-TAB
Shamsa Yusef Zayid                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 3              Date Rcvd: Jul 03, 2013
                              Form ID: b18               Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2013.
```
db         +Shamsa Yusef Zayid,    9004 Newcastle Court,    Tinley Park, IL 60487-9573
20177206   +Advance Property Specialists, Inc.,    17720 S. Oak Park Ave,    Tinley Park, IL 60477-3936
20177212   +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
20177214   +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
20177216   +Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
             Iselin, NY 08830-2710
20177219   +EOS CCA,    P.O. Box 439,    Norwell, MA 02061-0439
20177220   +Eos/Cca,    700 Lonwater Drive,    Norwell, MA 02061-1624
20177221    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20177222   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20177226   +Law Offices of Jeffery M. Leving, Ltd.,    19 South LaSalle Street, Suite 450,
             Chicago, IL 60603-1490
20177228   +National Credit Adjust,    327 W. 4th Ave,    Hutchinson, KS 67501-4842
20177229   +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
20177235   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QPDLEVEY.COM Jul 04 2013 00:33:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
             Chicago, IL 60614-1206
20177207   +EDI: BANKAMER2.COM Jul 04 2013 00:33:00      Bank Of America, N.A.,    401 N. Tryon St.,
             NC1-021-02-20,    Charlotte, NC 28202-2123
20177208   +EDI: AIS.COM Jul 04 2013 00:33:00      Capital One, N.A.,    c/o American Infosource,
             P.O Box 54529,    Oklahoma City, OK 73154-1529
20177209   +EDI: CAPITALONE.COM Jul 04 2013 00:33:00      Capital One/Bestbuy,    P.O. Box 5253,
             Carol Stream, IL 60197-5253
20177210   +E-mail/Text: bankruptcy@cavps.com Jul 04 2013 02:28:17      Cavalry Portfolio Service,
             500 Summit Lake Dr.,    Valhalla, NY 10595-2322
20177211   +E-mail/Text: bankruptcy@cavps.com Jul 04 2013 02:28:18      Cavalry Portfolio Services,
             500 Summit Lake Drive,    Valhalla, NY 10595-2322
20177215   +EDI: CHASE.COM Jul 04 2013 00:33:00      Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,
             Wilmington, DE 19850-5298
20177213   +EDI: CHASE.COM Jul 04 2013 00:33:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20177217   +EDI: CITICORP.COM Jul 04 2013 00:33:00      Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
20177218   +EDI: CITICORP.COM Jul 04 2013 00:33:00      Citicorp Credit Services,
             ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195-0507
20177223   +EDI: HFC.COM Jul 04 2013 00:33:00      HSBC / Carsons,    Attn: Bankruptcy Department,
             P.O. Box 15521,    Wilmington, DE 19850-5521
20177224   +EDI: HFC.COM Jul 04 2013 00:33:00      Hsbc/Carson,    P.O. Box 15521,    Wilmington, DE 19850-5521
20177225   +EDI: CHASE.COM Jul 04 2013 00:33:00      JPMorgan Chase,    270 Park Avenue,
             New York, NY 10017-2014
20177227    EDI: TSYS2.COM Jul 04 2013 00:33:00      Macys,    911 Duke Blvd,    Mason, OH 45040
20177230    EDI: PRA.COM Jul 04 2013 00:33:00      Portfolio Recovery,    120 Corporate Blvd, Suite 1,
             Norfolk, VA 23502
20177231   +EDI: SALMAESERVICING.COM Jul 04 2013 00:33:00      Sallie Mae,    P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
20177232   +EDI: SEARS.COM Jul 04 2013 00:33:00      Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
20177233   +EDI: SEARS.COM Jul 04 2013 00:33:00      Sears / CBSD,    Attn: Bankruptcy Department,
             PO Box 6189,    Sioux Falls, SD 57117-6189
20177234   +EDI: SEARS.COM Jul 04 2013 00:33:00      Sears / Citibank USA Sears,    P.O. Box 20363,
             Kansas City, MO 64195-0363
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: mflowers             Page 2 of 3              Date Rcvd: Jul 03, 2013
                              Form ID: b18               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**               **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 3 of 3              Date Rcvd: Jul 03, 2013
                              Form ID: b18                Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2013 at the address(es) listed below:
          Mohammed O Badwan    on behalf of Debtor Shamsa Yusef Zayid mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
          Yanick  Polycarpe    on behalf of Creditor    JPMorgan Chase Bank National Association
           ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                     TOTAL: 4